UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK LUCKEY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE NAVY, et al., <br><br> Defendants. | Case No.18-cv-06071-JSC <br><br> **ORDER TO SHOW CAUSE TO PLAINTIFFS** |

Plaintiffs filed this civil action against the United States and the United States Department of the Navy on October 3, 2018. (Dkt. No. 1.) However, since the filing of this action, the Court has not received any further communications from Plaintiffs. Plaintiffs have not filed proof of service of the summons and complaint on the Defendants. Plaintiffs have not responded to multiple clerk's notices and Plaintiffs failed to appear at the Initial Case Management Conference on January 3, 2019. (Dkt. Nos. 3, 4, 5.) **Accordingly, Plaintiffs are ordered to show cause in writing on or before January 25, 2019, as to why this action should not be dismissed for failure to prosecute.** *See* Fed. R. Civ. Pro. 41(b). If Plaintiffs fail to respond to this Order, the Court may prepare a report and recommendation to a district judge recommending that this action be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: January 4, 2019

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK LUCKEY, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE NAVY, et al.,<br><br>    Defendants. | Case No. 18-cv-06071-JSC<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 4, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Annette Luckey
Derrick Luckey
2300 Bethelview Rd, Ste 110
Cumming, GA 30040

Dated: January 4, 2019

                                          Susan Y. Soong
                                          Clerk, United States District Court

                                          By: _____
                                          Ada Means, Deputy Clerk to the
                                          Honorable JACQUELINE SCOTT CORLEY