UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK LUCKEY, et al., | Case No. 18-cv-06071-HSG |
| Plaintiffs, | **ORDER** |
| v. | Re: Dkt. No. 13 |
| UNITED STATES DEPARTMENT OF THE NAVY, et al., | |
| Defendants. | |

Plaintiffs filed a motion to continue the case management conference, currently scheduled for June 18, 2019 at 2:00 p.m., by fourteen (but preferably thirty) days. Dkt. No. 13. Plaintiffs, proceeding pro se, represent that they cannot afford the cost of a "short-notice airline ticket to San Francisco." *Id.* ¶ 5. So that the Court may provide guidance to Plaintiffs and to avoid further delay, as this case has been pending since October 2018 without any confirmation that Defendants have been properly served, the Court **DENIES** Plaintiffs' motion to continue the case management conference. *See* Dkt. No. 13. However, Plaintiffs may appear telephonically and should contact CourtCall at (866) 582-6878 to make arrangements for their telephonic appearance.

**IT IS SO ORDERED.**

Dated: 6/18/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge