United States District Court
Northern District of California

Derrick Luckey, et al.,
Plaintiffs,

v.

United States Department of
the Navy, et al.,
Defendants

CASE No.: 18-CV-06071-HSG

Proof of Service

FILED
JUN 24 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

**PROOF OF SERVICE**

**Case name:** *Luckey et al. v. United States of America et al.*

**Case number:** 4:18-cv-06071-HSG

On the date shown below, Plaintiffs served the following document(s):

- Summons and Complaint
- Order Setting Initial Case Management Conference and ADR deadlines
- Judge's Standing Order
- Instructions on Preparing a Case Management Statement

Pursuant to Federal Rule of Civil Procedure 4(i), Plaintiffs served the above documents by certified mail to the following recipients:

(1) United States of America, United States Department of the Navy
c/o United States Attorney for the Northern District
Civil Process Clerk
450 Golden Gate Avenue
P.O. Box 36055
San Francisco, CA 94102

(2) United States of America, United States Department of the Navy
c/o United States Attorney General
Department of Justice
950 Pennsylvania Avenue, NW
Washington D.C., 20530

(3) United States Department of the Navy
1000 Navy Pentagon
Washington D.C. 20350

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on [date] 06/24/19 at [city] Oakland, California.

Signature: *Annette Luckey*
Annette Luckey

Signature: *Derrick Luckey*
Derrick Luckey

PROOF OF SERVICE, CASE NO. 18-6071-HSG, PAGE 1 OF 1

# USPS Tracking®

FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)

## Track Another Package +

**Tracking Number:** 70183090000139671401     Remove ✕

**On Time**

**Expected Delivery on**

**THURSDAY**
**20** JUNE 2019 ⓘ | by **8:00pm** ⓘ

## ✓ Delivered

June 20, 2019 at 12:34 pm
Delivered, Left with Individual
SAN FRANCISCO, CA 94102

Get Updates ∨

---

Text & Email Updates                    ∨

---

Tracking History                        ∨

---

Product Information                     ∨

---

See Less ∧

FROM:
Derrick & Annette Luckey
3706 Arlington Cir
Pittsburg Ca. 94565







TO: USA, United States Department Navy
United States Attorney for Northern District
Civil Process Clerk
450 Golden Gate Avenue
San Francisco, Ca 94102

Utility Mailer
10 1/2" x 16"

ReadyPost

# USPS Tracking®

FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)

Track Another Package +

Tracking Number: 70183090000139671418

Remove X

Your item has been delivered to an agent at 4:49 am on June 24, 2019 in WASHINGTON, DC 20530.

## ✓ Delivered

June 24, 2019 at 4:49 am
Delivered, To Agent
WASHINGTON, DC 20530

Get Updates ∨

---

Text & Email Updates ∨

---

Tracking History ∨

---

Product Information ∨

---

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.



# USPS Tracking®

FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)

Track Another Package +

Tracking Number: 70183090000139671425

Remove X

Expected Delivery on

**MONDAY**

**24** JUNE 2019 ⓘ  by **8:00pm** ⓘ

## ✓ Delivered

June 24, 2019 at 7:03 am
Delivered
WASHINGTON, DC 20310

Get Updates ∨

---

Text & Email Updates   ∨

---

Tracking History   ∨

---

Product Information   ∨

---

See Less ∧

7018 3090 0001 3967 14

For delivery information, visit our website at www.usps.com®.

WASHINGTON, DC 20350

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $3.50 | 0241 11 |
| $ $0.00 | |
| Extra Services & Fees (check box, add fee as appropriate) | Postmark Here |
| ☐ Return Receipt (hardcopy) $ $0.00 | |
| ☐ Return Receipt (electronic) $ $0.00 | |
| ☐ Certified Mail Restricted Delivery $ $0.00 | |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ $0.00 | |
| Postage $ $9.30 | |
| Total Postage and Fees $ $12.80 | 06/19/2019 |

Sent To U.S. Department of the Navy

Street and Apt. No., or PO Box No. 1000 Navy Pentagon

City, State, ZIP+4® Washington DC 20350

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7018 3090 0001 3967 1

SAN FRANCISCO, CA 94102

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $3.50 | 0241 11 |
| $ $0.00 | |
| Extra Services & Fees (check box, add fee as appropriate) | Postmark Here |
| ☐ Return Receipt (hardcopy) $ $0.00 | |
| ☐ Return Receipt (electronic) $ $0.00 | |
| ☐ Certified Mail Restricted Delivery $ $0.00 | |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $ $7.35 | 06/19/2019 |
| Total Postage and Fees $ $10.85 | |

Sent To U.S. Attorney for Northern Dist

Street and Apt. No., or PO Box No. 450 Golden Gate Ave.

City, State, ZIP+4® San Francisco, Ca 94102

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7018 3090 0001 3967 1418

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

WASHINGTON, DC 20530

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $3.50 | 0241 11 |
| $ $0.00 | |
| Extra Services & Fees (check box, add fee as appropriate) | Postmark Here |
| ☐ Return Receipt (hardcopy) $ $0.00 | |
| ☐ Return Receipt (electronic) $ $0.00 | |
| ☐ Certified Mail Restricted Delivery $ $0.00 | |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ $0.00 | |
| Postage $ $9.30 | |
| Total Postage and Fees $ $12.80 | 06/19/2019 |

Sent To U.S. Attorney General Department of Justice

Street and Apt. No., or PO Box No. 950 Pennsylvania Ave. NW

City, State, ZIP+4® Washington D.C 20530

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

ATLANTIC PLAZA
296 ATLANTIC AVE
PITTSBURG, CA
94565-9993
0560840241

06/19/2019 (800)275-8777 2:50 PM

| Product Description | Sale Qty | Final Price |
|---|---|---|
| Utl Mlr 10.5" x16" | 3 | $3.57 |
| PM 2-Day | 1 | $9.30 |
| (Domestic) (WASHINGTON, DC 20350) (Weight:0 Lb 15.90 Oz) (Expected Delivery Day) (Friday 06/21/2019) | | |
| Certified | 1 | $3.50 |
| (@@USPS Certified Mail #) (70183090000139671425) | | |
| PM 1-Day | 1 | $7.35 |
| (Domestic) (SAN FRANCISCO, CA 94102) (Weight:0 Lb 15.80 Oz) (Expected Delivery Day) (Thursday 06/20/2019) | | |
| Certified | 1 | $3.50 |
| (@@USPS Certified Mail #) (70183090000139671401) | | |
| PM 2-Day | 1 | $9.30 |
| (Domestic) (WASHINGTON, DC 20530) (Weight:0 Lb 15.80 Oz) (Expected Delivery Day) (Friday 06/21/2019) | | |
| Certified | 1 | $3.50 |
| (@@USPS Certified Mail #) (70183090000139671418) | | |
| Total | | $40.02 |
| Credit Card Remitd | | $40.02 |

(Card Name:VISA)
(Account #:XXXXXXXXXXXX0734)
(Approval #:00274B)
(Transaction #:660)
(AID:A0000000031010 Chip)
(AL:VISA CREDIT)
(PIN:Not Required CHASE VISA)

Includes up to $50 insurance




