1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7   DERRICK LUCKEY, et al.,                        Case No. 18-cv-06071-HSG

8              Plaintiffs,                         **ORDER REGARDING STAY**

9        v.                                        Re: Dkt. No. 29

10  UNITED STATES DEPARTMENT OF
    THE NAVY, et al.,

11

            Defendants.

12

13        On August 28, 2019, the Court entered a stay in this action, pending Congress's passage or

14  rejection of NDAA 2020. Dkt. No. 28. The Court directed the parties to submit a joint status

15  report within ninety (90) days if passage or rejection did not occur by then. *Id*. The parties filed a

16  joint status report on November 25, 2019, notifying the Court of the status of the legislation. Dkt.

17  No. 29. To date, the Senate has not voted on NDAA 2020, and Plaintiffs therefore request that the

18  stay in this matter be extended for an additional 90-day period. *Id*. Defendants do not oppose the

19  extension. *Id*.

20        The Court agrees that judicial economy weighs in favor of continuing to stay the case for

21  an additional ninety days, or until passage or rejection of NDAA 2020, whichever is earlier. The

22  Court **DIRECTS** the parties to file by December 3, 2019, a stipulated proposed order extending

23  the stay for an additional ninety days.

24

25        **IT IS SO ORDERED.**

26  Dated: 11/26/2019

27                                        _____
                                          HAYWOOD S. GILLIAM, JR.
28                                        United States District Judge