UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK LUCKEY, et al., | Case No. 18-cv-06071-HSG |
| Plaintiffs, | **ORDER EXTENDING STAY** |
| v. | Re: Dkt. No. 31 |
| UNITED STATES DEPARTMENT OF THE NAVY, et al., | |
| Defendants. | |

The parties filed a proposed order on December 3, 2019, proposing to extend the stay in this action. Dkt. No. 31. The Court agrees that judicial economy weighs in favor of continuing to stay the case, and thus **STAYS** the case for an additional 90 days, or until passage or rejection of the NDAA 2020, whichever is earlier. If passage or rejection does not occur within ninety (90) days, the parties are directed to submit a joint status report within seven (7) days, updating the Court on the status of the legislation.

**IT IS SO ORDERED.**

Dated: 12/5/2019

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge